# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-01528 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Young B. Kim** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on May 25, 2023 [47], in favor of Plaintiff Converse Inc. ("Plaintiff" or "Converse") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant for willful use of counterfeit Converse Trademarks in connection with the offer for sale and/or sale of products through at least the Online Marketplaces, and Converse acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| feetbox | 132 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 1st day of June 2023.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Converse Inc.*