IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC.,<br><br>Plaintiff,<br><br>v.<br><br>100% LUCK STORE, et al.,<br><br>Defendants. | Case No. 23-cv-01528<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Converse Inc. ("Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Boxing Using | 66 |

With this dismissal, the above captioned case can be terminated.

Dated this 26th day of June 2023.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Converse Inc.*